■ In the Matter of HERBERT HARVEY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to certify proposed record on appeal denied, without costs. (See 12 NYCRR 460.6.) Appeal dismissed without prejudice to application to reinstate appeal upon proof of filing an undertaking pursuant to section 625 of the Labor Law. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

## (January 26, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED LEWIS, Appellant, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— (1) Appeal from a judgment of the Supreme Court at Special Term in Clinton County which dismissed a writ of habeas corpus, after a hearing. Judgment affirmed, without costs. No opinion. (2) Application for a writ of habeas corpus attempted to be made by means of a paragraph in appellant's brief on this appeal, in pertinent part stating: "This is also a *de novo* application for the writ to the original jurisdiction of the appellate division under 7002-B-2, C.P.L.R. based upon the same facts advanced in the Court below." Application denied. No opinion. Gibson, P. J, Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.